## 12568. LATTIMORE *v.* THE STATE.

BLOODWORTH, J. 1. When considered in connection with the entire charge, there is no error in the excerpt therefrom of which complaint is made in the amendment to the motion for a new trial.

2. There was ample evidence to authorize the verdict; the presiding judge approved it, and properly overruled the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 26, 1921.

Indictment for forgery; from Bibb superior court — Judge Mathews. May 14, 1921.

*John R. Cooper, W. O. Cooper Jr.,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.